IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Larry Heffez, on Behalf of Himself and all Others Similarly Situated,

Plaintiff,

vs.

Limelight Networks, Inc., Goldman, Sachs & Co., Morgan Stanley & Co., Inc. Jeffrey W. Lunsford, Nathan R. Raciborski, Michael M. Gordon, and William H. Rinehart,

Defendants.

**JUDGMENT OF DISMISSAL IN A CIVIL CASE**

CV 07-1603-PHX-SRB(LEAD)

CLASS ACTION

---

Faisal Mustafa, Individually and On Behalf of All Those Similarly Situated,

Plaintiff,

vs.

Limelight Networks, Inc., Goldman, Sachs & Co., Morgan Stanley & Co., Inc., Jeffrey Lunsford, Nathan Raciborski, Allan M. Kaplan, Joseph H. Gleberman, and Peter J. Perrone,

Defendants.

CV 07-2238-PHX-SRB(Member)

| | |
|---|---|
| Hendo Weernink, Individually and on Behalf of Himself and all Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Limelight Networks, Inc., Goldman, Sachs & Co., Morgan Stanley & Co., Inc., Jefferies & Company, Inc., Piper Jaffray & Co., Friedman, Billings, Ramsey, & Co., Inc., Jeffrey W. Lunsford, Matthew Hale, Walter D. Amaral, Joseph H. Gleberman, Frederic W. Harman, Mark A. Jung, Allan M. Kaplan, Peter J. Perrone, David C. Peterschmidt, Nathan F. Raciborski, and Gary Valenzuela,<br><br>Defendants. | CV 07-2239-PHX-SRB(Member) |
| Scott Kairalla, on Behalf of Himself and all Others Similarly Situated,<br><br>Plaintiffs,<br>vs.<br><br>Limelight Networks, Inc., Jeffrey W. Lunsford, Michael M. Gordon, William H. Rinehart, Matthew Hale, Nathan F. Raciborski, Walter D. Amaral, Joseph H. Gleberman, Frederic W. Harman, Mark A. Jung, Allan M. Kaplan, Peter J. Perrone, David C. Peterschmidt, Gary Valenzuela, Goldman Sachs & Co., Jefferies & Company, Inc., Morgan Stanley & Co. Inc., Piper Jaffray & Co., and Friedman, Billings, Ramsey, & Co., Inc.<br><br>Defendants. | CV 07-2240-PHX-FJM (Member) |

| | |
|---|---|
| Tim Radecki, on Behalf of Himself and all Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Limelight Networks, Inc., Jeffrey W. Lunsford, Matthew Hale, Nathan F. Raciborski, Allan M. Kaplan, Joseph H. Gleberman, Peter J. Perrone, Goldman Sachs & Co., and Morgan Stanley & Co. Incorporated,<br><br>Defendants. | CV 07-2241-PHX-SRB(Member) |
| Benjamin Paul, on Behalf of Himself and all Others Similarly Situated,<br><br>Plaintiffs,<br>vs.<br><br>Limelight Networks, Inc., Goldman, Sachs & Co., Morgan Stanley & Co., Inc., Jeffrey W. Lunsford, Nathan R. Raciborski, and Allan M. Kaplan,<br><br>Defendants. | CV 07-2242-PHX-SRB(Member) |

| | | |
|---|---|---|
| Alice Artis, on Behalf of Herself and all Others Similarly Situated, | ) | |
| Plaintiffs, | ) | CV 07-2243-PHX-SRB(Member) |
| vs. | ) | |
| Limelight Networks, Inc., Jeffrey W. Lunsford, Matthew Hale, Nathan F. Raciborski, Michael W. Gordon, William H. Rinehart, Allan M. Kaplan, Walter D. Amaral, Joseph H. Gleberman, Frederic W. Harman, Mark A. Jung, Peter J. Perrone, David C. Peterschmidt, Gary Valenzuela, Goldman Sachs & Co., Morgan Stanley & Co. Inc., Jeffries & Company, Inc., Piper Jaffray & Co., and Friedman, Billings, Ramsey, & Co., Inc., | ) | |
| Defendants. | ) | |

___ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ Decision by Court. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order dated August 29, 2008, judgment is entered and this action is dismissed without prejudice.

RICHARD H. WEARE
District Court Executive/Clerk

September 8, 2008

s/ Sally Turner
By: Deputy Clerk

cc: (all counsel)